UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| RICHARD LOWE, | Civil No. 3:17-CV-05730-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Deputy Commissioner for Operations,<br>performing the duties and functions not reserved<br>to the Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will:

(1) give Plaintiff the opportunity for a new hearing;

(2) evaluate and consider the opinions by Cynthia Collingwood, Ph.D., in light of the entire record;

(3) reevaluate Plaintiff's subjective complaints;

(4) consider whether Plaintiff's history of head injuries and alcohol abuse are medically determinable impairments;

(5) reevaluate whether the severity of Plaintiff's combined impairments meet or medically equal a listing and, if not, reassess Plaintiff's residual functional capacity and reevaluate steps four and five of the sequential evaluation process;

(6) as needed, obtain medical or vocational expert evidence; and

(7) issue a new decision.

DATED this 28th day of March, 2018.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Danielle R. Mroczek
DANIELLE R. MROCZEK
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2946
Fax: (206) 615-2531
danielle.mroczek@ssa.gov